THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN E. GOULLA, Appellant.— Judgment of the County Court, Nassau County, convicting appellant of the crime of grand larceny in the first degree, under section 1293-a of the Penal Law (unauthorized use of a motor vehicle), and imposing sentence, reversed on the law and a new trial ordered. The questions of fact have been considered and reversal is not predicated thereon. It was reversible error to refuse to instruct the jury that the appellant might be found guilty of a lower degree of larceny than that charged in the indictment. (Code Crim. Pro., § 444; *People* v. *Lapolte,* 253 N. Y. 573.) No separate appeal lies from intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS PATELIS, Appellant.— Order of filiation and order of support, entered after trial in the Children's Court, Nassau County, affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt and Beldock, JJ., concur; Wenzel, J., dissents and votes to reverse the orders and to dismiss the petition, with the following memorandum: The record here does not present the convincing proof required in a proceeding of this kind. The language of the respondent and her conduct, as disclosed by her own testimony, create in my mind a great doubt as to her veracity.